# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **SHARON D. FUNK,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20CV00038 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** | ) | |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: February 8, 2022

/s/ JAMES P. JONES
Senior United States District Judge